

**Brian D. Karth**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

# United States District Court
### Central District of California
## Office of the Clerk

**Natasha Alexander-Mingo**
Chief Probation & Pretrial Services Officer
255 East Temple Street, Suite 1410
Los Angeles, CA 90012-1565

**Benjamin Medina**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

**Maya Roy**
Chief Deputy of Operations
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

March 19, 2025

 Los Angeles County Superior Court 
 111 North Hill Street 
 Los Angeles, CA 90012 

Re:  Case Number:  ____2:25−cv−01473−ODW−ADS____
      Previously Superior Court Case No. ____25STCV01177____
      Case Name: ____Courtney Mitchener v. Gamer Supps Inc. et al____

Dear Sir/Madam:

      Pursuant to this Court's ORDER OF REMAND issued on ____3/18/2025____, the above−referenced case is hereby remanded to your jurisdiction.

      Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

      Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to the location shown below. Thank you for your cooperation.

United States Courthouse
255 East Temple Street, Suite TS134
Los Angeles, CA 90012

Respectfully,

Clerk, U.S. District Court

By: _/s/ *Benjamin Moss*_
      Deputy Clerk
      Benjamin_Moss@cacd.uscourts.gov

*Encls.*
*cc: Counsel of record*

---

Receipt is acknowledged of the documents described above.

Clerk, Superior Court

_____          By: _____
Date                                                            Deputy Clerk

G−17 (06/24)    LETTER OF TRANSMITTAL – REMAND TO SUPERIOR COURT