

**Brian D. Karth**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

**United States District Court**
Central District of California
**Office of the Clerk**

**Natasha Alexander-Mingo**
Chief Probation & Pretrial Services Officer
255 East Temple Street, Suite 1410
Los Angeles, CA 90012-1565

**Benjamin Medina**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

**Maya Roy**
Chief Deputy of Operations
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

March 19, 2025

**CONFORMED COPY**
**ORIGINAL FILED**
Superior Court of California
County of Los Angeles

_Los Angeles County Superior Court_
_111 North Hill Street_
_Los Angeles, CA 90012_

**MAR 24 2025**

David W. Slayton, Executive Officer/Clerk of Court

Re:  Case Number: ____2:25-cv-01473-ODW-ADS____
Previously Superior Court Case No. ____25STCV01177____
Case Name: ____Courtney Mitchener v. Gamer Supps Inc. et al____

Dear Sir/Madam:

Pursuant to this Court's ORDER OF REMAND issued on ____3/18/2025____, the above-referenced case is hereby remanded to your jurisdiction.

Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to the location shown below. Thank you for your cooperation.

United States Courthouse
255 East Temple Street, Suite TS134
Los Angeles, CA 90012



FILED
CLERK, U.S. DISTRICT COURT

APR - 7 2025

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Respectfully,

Clerk, U.S. District Court

By: _/s/ Benjamin Moss_
Deputy Clerk
Benjamin_Moss@cacd.uscourts.gov

_Encls._
_cc: Counsel of record_

Receipt is acknowledged of the documents described above.

_____3-24-25_____
Date

Clerk, Superior Court

By: _Natalie Osorio_
Deputy Clerk

G-17 (06/24)    LETTER OF TRANSMITTAL – REMAND TO SUPERIOR COURT